# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: TAASERA LICENSING, LLC, PATENT LITIGATION**
    Taasera Licensing LLC v. CrowdStrike, Inc., et al.,   )
        W.D. Texas, C.A. No. 6:22-01094           )          MDL No. 3042

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in this action (*Taasera*) on November 7, 2022. Prior to expiration of that order's 7-day stay of transmittal, defendants in *Taasera* filed a notice of opposition to the proposed transfer. Defendants have withdrawn their opposition to transfer.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-1" filed on November 7, 2022, is LIFTED. This action is transferred to the Eastern District of Texas for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable James Rodney Gilstrap.

FOR THE PANEL:

*[signature]*

John W. Nichols
Clerk of the Panel